UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M. HOPE YOUNG

        Plaintiff(s),

   v.

ALPHONSO JACKSON, et al.

        Defendant(s).

No. C 07-02413 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/12/07

Signature: *Pamela Y. Price*

Counsel for M. HOPE YOUNG
(Plaintiff, Defendant, or indicate "pro se")