PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625

Attorneys for Plaintiff
M. HOPE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. HOPE YOUNG, <br><br> Plaintiff, <br> v. <br><br> ALPHONSO JACKSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN, <br><br> Defendants. | NO. C07-02413 JSW <br><br> **PLAINTIFF'S EX PARTE APPLICATION AND DECLARATION FOR ORDER ENLARGING CASE MANAGEMENT DEADLINES AND TIME FOR SERVICE OF PROCESS AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

I, PAMELA Y. PRICE, hereby apply on behalf of Plaintiff M. HOPE YOUNG ("Plaintiff") for an Order, pursuant to Civil Local Rules 6-1 and 7-10, enlarging the Case Management deadlines and continuing the Initial Case Management Conference.

Dated: August 28, 2007                              PRICE AND ASSOCIATES

                                                                 /s/ *Pamela Y. Price*
                                             PAMELA Y. PRICE, Attorneys for Plaintiff M. HOPE YOUNG

## DECLARATION OF PAMELA Y. PRICE

I, PAMELA Y. PRICE, declare:

1. I am an attorney duly licensed to practice law in the United States District Court for the Northern District, and one of the attorneys of record for Plaintiff M. HOPE YOUNG. I make this Declaration on personal knowledge in support of Plaintiff's Ex Parte Application for An Order Enlarging the Case Management Deadlines And Continuing the Initial Case Management Conference.

2. The Complaint in this action was filed on May 7, 2007. The First Amended Complaint in this action was filed on August 10, 2007. Defendants Austin and Rothberg and the San Francisco U.S. Attorney's Office were served via personal service on August 13, 2007. Defendant Weidenfeller was served via personal service on August 15, 2007. U.S. Attorney General Alberto Gonzales and Secretary of U.S. Department of Housing and Urban Renewal Alphonso Jackson were served in their official capacity via U.S. certified mail, received August 17, 2007.

3. Federal Rule of Civil Procedure 4(d)(2) allows U.S. agencies, officers, and employees sixty (60) days from the date the complaint was served on the U.S. attorney to respond to the complaint. Federal Rule of Civil Procedure 12(a)(3)(B) allows federal employees sued individually for acts committed in connection with their performance of duties on behalf of the U.S. sixty (60) days from the later of the date of service on the U.S. attorney or the date of service on the individual employee.

4. Due to the amount of time provided by the Federal Rules for federal officers and employees to answer, the Case Management Conference is currently scheduled to take place before the defendants are required to answer.

5. Pursuant to the Order Setting Initial Case Management Conference and Requiring Joint Case Management, all parties are required to appear through lead counsel and appear before the Court on September 14, 2007, at 1:30 p.m. and are required to submit a joint case management statement no later than September 7, 2007.

///

6. Defendants Jackson, Austin, and Rothberg need not respond until October 12, 2007. Defendant Weidenfeller need not respond until October 15, 2007.

7. I therefore respectfully request that this Court enter an Order continuing the Case Management Conference for sixty days to allow the defendants time to retain counsel, if they desire, and answer Ms. Young's complaint against them.

8. Granting this Application will affect this Court's Initial Case Management Scheduling Order and may delay the proceedings. Plaintiff believes good cause exists for this Application, as granting the Application will serve judicial economy by allowing the defendants an opportunity to retain counsel and respond to the Complaint prior to the filing of a joint Case Management Conference Statement.

9. There have been no previous requests for continuance of the Initial Case Management Conference.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. If called as a witness in this matter, I could and would testify competently to the facts stated herein.

Executed in Oakland, California, on August 28, 2007.

/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Declarant

EX PARTE APPLICATION (C07-02413 JSW)