1  PAMELA Y. PRICE, ESQ. (CBN 107713) – pypesq@aol.com
   SHANNON SEIBERT, ESQ. (CBN 240317) – pypesq@aol.com
2  PRICE AND ASSOCIATES
   1611 Telegraph Avenue, Ste. 1450
3  Oakland, CA  94612
   Telephone: (510) 452-0292
4  Facsimile:   (510) 452-5625

5
   Attorneys for Plaintiff
6  M. HOPE YOUNG

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  M. HOPE YOUNG,                    )  NO. C07-02413 JSW
                                      )
12            Plaintiff,              )  **[PROPOSED] ORDER CONTINUING**
                                      )  **INITIAL CASE MANAGEMENT**
13  v.                                )  **CONFERENCE**_____
                                      )
14  ALPHONSO JACKSON, IN HIS OFFICIAL )
    CAPACITY AS SECRETARY OF THE U.S. )
15  DEPT. OF HOUSING AND URBAN        )
    DEVELOPMENT, MARC ROTHBERG,       )
16  GEORGE WEIDENFELLER, and FAYE     )
    AUSTIN,                           )
17                                    )
              Defendants.             )
18  _____ )

19        The Court having read and considered the Plaintiff's Ex Parte Application for

20  Order Continuing the Initial Case Management Conference, and good cause appearing therefore,

21  the Court adopts the following Case Management schedule:

22

23  | **EVENT** | **CURRENT DATE** | **PROPOSED DATE** |
    | --- | --- | --- |
24  | Case Management Conference | September 14, 2007 | November 16, 2007 |

25
                         **IT IS SO ORDERED**.
26

27  Dated: _____       _____
28                                    HON. JEFFREY S. WHITE
                                      UNITED STATES DISTRICT COURT