Case 3:07-cv-02413-JSW   Document 12   Filed 08/29/2007   Page 1 of 1

# AFFIDAVIT OF PROCESS SERVER

United States District Court                State of California

**M. Hope Young**

    Plaintiff

vs.

**Alphonso Jackson, Secretary of the U.S. Dept. of Housing and Urban Development, et al.**

    Defendant

Attorney:

Price and Associates
Pamela Price, Esq.
1611 Telegraph Ave., #1450
Oakland, CA. 94612

**Case Number:** C 07-02413 JSW

Legal documents received by Same Day Process Service on August 15th, 2007 at 11:00 AM to be served upon **George Weidenfeller at 2001 K St., NW, Washington, DC. 20006**

I, B. Tony Snesko, swear and affirm that on **August 15th, 2007 at 1:00 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; First Amended Complaint for Violation of Civil Rights and Employment Discrimination (Jury Trial Demanded)** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 60   Height: 5'10   Weight: 165   Skin Color: White   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004126

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this _17_ day of _August_ _2007_
_____
Notary Public, D.C.
My commission expires _June 30, 2011_

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.