PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
M. HOPE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M. HOPE YOUNG,

Plaintiff,

v.

ALPHONSO JACKSON, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF THE U.S. DEPT. OF HOUSING AND
URBAN DEVELOPMENT,
MARC ROTHBERG, GEORGE
WEIDENFELLER, and FAYE AUSTIN,

Defendants.

NO. C07-02413 JSW

**PROOF OF SERVICE OF SUMMONS
AND COMPLAINT AND RELATED PAPERS
ON ALBERTO R. GONZALES, U.S.
ATTORNEY GENERAL**

2801.02P.POS.SMS

-1-
PROOF OF SERVICE (C07-2413 JSW)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE<br>August 13, 2007 |
| Name of SERVER<br>   Shelley Isom | TITLE<br>   Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☒   Other (specify):   **Alberto R. Gonzales, U.S. Attorney General, U.S. Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, DC 20530-0001**
**by Certified Mail - Return Receipt Requested**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 13, 2007
              Date

_Signature of Server_
**Price and Associates**
**1611 Telegraph Avenue**
**Oakland, CA 94612**

_Address of Server_

R:\SMS\2801.02\SERVICE\return of svc form-gonzales.wpd

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
US. Attorney General
Dept of Justice
Pennsylvenia Ave NW
n DC
0530-0001

60 0003 6333 6817

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Everett L. Parker_    ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)    C. Date of Deli
AUG 1 7 2007

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

Domestic Return Receipt    102595-02-M-1540