1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
   SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile:  (510) 452-5625

6  Attorneys for Plaintiff
   M. HOPE YOUNG
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | M. HOPE YOUNG,                          ) NO. C07-02413 JSW
                                             )
13 |         Plaintiff,                      )
   | v.                                      )
14 |                                         ) PROOF OF SERVICE OF SUMMONS
   | ALPHONSO JACKSON, IN HIS                ) AND COMPLAINT AND RELATED PAPERS
15 | OFFICIAL CAPACITY AS SECRETARY          ) ON ALPHONSO JACKSON, U.S.
   | OF THE U.S. DEPT. OF HOUSING AND        ) DEPARTMENT OF HOUSING AND URBAN
16 | URBAN DEVELOPMENT,                      ) DEVELOPMENT
   | MARC ROTHBERG, GEORGE                   )
17 | WEIDENFELLER, and FAYE AUSTIN,          )
                                             )
18 |         Defendants.                     )
                                             )
19

20

21

22

23

24

25

26

27

28

2801.02P.POS.SMS
                                    -1-
                         PROOF OF SERVICE (C07-2413 JSW)

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | August 13, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Shelley Isom | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Alphonso Jackson, Secretary of U.S. Department of Housing and Urban Development
451 - 7th Street, S.W., Washington, D.C. 20410
by Certified Mail - Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 13, 2007
           Date

*Signature of Server*
Price and Associates
1611 Telegraph Avenue
Oakland, CA 94612

*Address of Server*

R:\SMS\2801.02\SERVICE\return of svc form-Jackson.wpd

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Exec Sec_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Exec Sec_   _8-17-07_ |
| 1. Article Addressed to:<br><br>Alphonso Jackson<br>Secy of US Dept Housing/<br>Urban Renewal<br>451- 7th St. S.W.<br>Washington, DC 20410 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  7005 1160 0003 6333 6824<br>(Transfer from service label) | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |