PAMELA Y. PRICE, ESQ. (CBN 107713) – pypesq@aol.com
SHANNON SEIBERT, ESQ. (CBN 240317) – pypesq@aol.com
PRICE AND ASSOCIATES
1611 Telegraph Avenue, Ste. 1450
Oakland, CA  94612
Telephone: (510) 452-0292
Facsimile:   (510) 452-5625

Attorneys for Plaintiff
M. HOPE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. HOPE YOUNG, | NO. C07-02413 JSW |
| Plaintiff, | [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| ALPHONSO JACKSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN, | |
| Defendants. | |

The Court having read and considered the Plaintiff's Ex Parte Application for Order Continuing the Initial Case Management Conference, and good cause appearing therefore, the Court adopts the following Case Management schedule:

| **EVENT** | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Case Management Conference | September 14, 2007 | November 16, 2007 |

**IT IS SO ORDERED**.

Dated: August 31, 2007

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

2801.02P201SMS        [PROPOSED] ORDER (C07-02413 JSW)