From: ECF-CAND@cand.uscourts.gov
To: efiling@cand.uscourts.gov
Subject: Activity in Case 3:07-cv-02413-JSW Young v. Jackson et al Certificate of Service
Date: Wed, 29 Aug 2007 3:20 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document. *If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Price, Pamela entered on 8/29/2007 3:19 PM and filed on 8/29/2007

**Case Name:** Young v. Jackson et al
**Case Number:** 3:07-cv-2413
**Filer:** M. Hope Young
**Document Number:** 13

**Docket Text:**
CERTIFICATE OF SERVICE by M. Hope Young *of U.S. Attorney (San Francisco)* (Price, Pamela) (Filed on 8/29/2007)

**3:07-cv-2413 Notice has been electronically mailed to:**

Pamela Yvette Price     pypesq@aol.com

**3:07-cv-2413 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\Randi\randi\SMS\2801.02\SERVICE\US Attorney.8-13-07.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/29/2007] [FileNumber=3709984-0]

[213bc4859d70f0b2bcf008bbf80e696a55c610578eb4cf6389354cbfb09efff96d289
0ba5d93add7ec7c08bcf9201411f1288a842f6d54a768a211187e2487d1]]

1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
   SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile:  (510) 452-5625

6  Attorneys for Plaintiff
   M. HOPE YOUNG
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | M. HOPE YOUNG,                                  )  NO. C07-02413 JSW
                                                    )
13 |              Plaintiff,                         )
   | v.                                              )
14 |                                                 )  **PROOF OF SERVICE OF SUMMONS
   | ALPHONSO JACKSON, IN HIS                        )  AND COMPLAINT AND RELATED PAPERS
15 | OFFICIAL CAPACITY AS SECRETARY                  )  ON U.S. ATTORNEY'S OFFICE (SAN
   | OF THE U.S. DEPT. OF HOUSING AND                )  FRANCISCO)**
16 | URBAN DEVELOPMENT,                              )
   | MARC ROTHBERG, GEORGE                           )
17 | WEIDENFELLER, and FAYE AUSTIN,                  )
                                                    )
18 |              Defendants.                        )
                                                    )
19

20

21

22

23

24

25

26

27

28

2801.02P.POS.SMS                           -1-
                          PROOF OF SERVICE (C07-2413 JSW)

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8-13-07 |
| Name of SERVER: PERCY Velandres | TITLE |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
U.S ATTORNEYS OFFICE
ELSIE SATO
450 Golden Gate Ave, 9th FLOOR
SAN FRANCISCO CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 13, 2007
                 Date                                    Signature of Server

                                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure