1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
2  SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
   PRICE AND ASSOCIATES
3  A Professional Law Corporation
   The Latham Square Building
4  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
5  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625

6  Attorneys for Plaintiff
7  M. HOPE YOUNG

8
9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  M. HOPE YOUNG,                    )    NO. C07-02413 JSW
                                      )
13                Plaintiff,          )
    v.                                )
14                                    )    **PROOF OF SERVICE OF SUMMONS**
    ALPHONSO JACKSON, IN HIS          )    **AND COMPLAINT AND RELATED PAPERS**
15  OFFICIAL CAPACITY AS SECRETARY    )    **ON MARC ROTHBERG**
    OF THE U.S. DEPT. OF HOUSING AND  )
16  URBAN DEVELOPMENT,                )
    MARC ROTHBERG, GEORGE             )
17  WEIDENFELLER, and FAYE AUSTIN,    )
                                      )
18                Defendants.         )
    _____ )

19
20
21
22
23
24
25
26
27
28

2801.02P.POS.SMS

                              -1-
              PROOF OF SERVICE (C07-2413 JSW)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8-13-07 |

| Name of SERVER | PERCY P. VELANDRES | TITLE | |
|---|---|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
MARC ROTHERG
600 HARRISON ST
SAN FRANCISCO CA 94107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _August 13th, 2007_
                    Date

                                                    _____
                                                    Signature of Server

                                                    _____
                                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure