PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
M. HOPE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. HOPE YOUNG,<br><br>            Plaintiff,<br>v.<br><br>ALPHONSO JACKSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN,<br><br>           Defendants. | NO. C07-02413 JSW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED PAPERS ON FAYE AUSTIN** |

2801.02P.POS.SMS

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] — DATE: 8-13-07 |
| Name of SERVER: PERCY VELANDRES — TITLE: |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
FAYE AUSTIN
600 HARRISON STREET
SAN FRANCISCO, CA 94107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 13th, 2007
              Date                                    Signature of Server

                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure