1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) – pypesq@aol.com
   SHANNON SEIBERT, ESQ. (STATE BAR NO. 240317)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 452-0292
5  Facsimile:  (510) 452-5625

6  Attorneys for Plaintiff
   M. HOPE YOUNG
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | M. HOPE YOUNG,              )  NO. C07-02413 JSW
                                 )
13 |         Plaintiff,           )
   | v.                          )
14 |                             )  **PROOF OF SERVICE OF SUMMONS**
   | ALPHONSO JACKSON, IN HIS    )  **AND COMPLAINT AND RELATED PAPERS**
15 | OFFICIAL CAPACITY AS SECRETARY ) **ON GEORGE WEIDENFELLER**
   | OF THE U.S. DEPT. OF HOUSING AND )
16 | URBAN DEVELOPMENT,           )
   | MARC ROTHBERG, GEORGE       )
17 | WEIDENFELLER, and FAYE AUSTIN, )
                                 )
18 |         Defendants.          )
   |_____)

19

20

21

22

23

24

25

26

27

28

2801.02P.POS.SMS
                              -1-
                  PROOF OF SERVICE (C07-2413 JSW)

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of California |
|---|---|
| **M. Hope Young** | Attorney: |
| Plaintiff | Price and Associates |
| | Pamela Price, Esq. |
| vs. | 1611 Telegraph Ave., #1450 |
| | Oakland, CA. 94612 |
| **Alphonso Jackson, Secretary of the U.S. Dept. of Housing and Urban Development, et al.** | |
| Defendant | |

**Case Number:** C 07-02413 JSW

Legal documents received by Same Day Process Service on August 15th, 2007 at 11:00 AM to be served upon **George Weidenfeller at 2001 K St., NW, Washington, DC. 20006**

I, B. Tony Snesko, swear and affirm that on **August 15th, 2007 at 1:00 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; First Amended Complaint for Violation of Civil Rights and Employment Discrimination (Jury Trial Demanded)** at the above address.

**Description of Person Accepting Service:**
Sex: Male  Age: 60  Height: 5'10  Weight: 165  Skin Color: White  Hair Color: Gray  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004126

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this _17_ day of _August_ 2007
Notary Public, D.C.
My commission expires _June 30, 2011_

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.