IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M. HOPE YOUNG,

    Plaintiff,

v.

ALPHONSO JACKSON, et al.,

    Defendants.

    No. C 07-02413 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on December 21, 2007 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 2, 2007 and a reply brief shall be filed by no later than November 9, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 15, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE