SCOTT N. SCHOOLS (S.C.BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. HOPE YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHONSO JACKSON, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FAYE AUSTIN; MARC ROTHBERG; AND GEORGE WEIDENFELLER,<br><br>    Defendants. | No. C 07-2413 JSW<br><br>**NOTICE OF CORRECTION TO MOTION TO DISMISS COMPLAINT UNDER RULE 12 (B) (6) FOR FAILURE TO STATE A CLAIM AND IN THE ALTERNATIVE UNDER RULE 12 (B) (1) FOR LACK OF JURISDICTION** |

**NOTICE OF CORRECTION TO MOTION TO DISMISS**

**PLEASE TAKE NOTICE** of the following correction to the Motion to Dismiss Complaint under Rule 12 (b) (6) for Failure to State a Claim and in the Alternative under Rule 12 (b) (1) for Lack of Jurisdiction, e-filed October 12, 2007 by the undersigned.

Argument heading III on page 4, lines 11-12 should be corrected to read:

"The Only Appropriate Party Defendant Is The Secretary of Housing and Urban Development In An Official Capacity"

instead of:

"The Only Appropriate Party Defendant Is The Secretary of Health and Human Services In An Official Capacity."

DATED: October 17, 2007          Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney


                                   /s/
                                 JONATHAN U. LEE
                                 Assistant United States Attorney
                                 Attorneys for the United States of America