PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625

Attorneys for Plaintiff
M. HOPE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. HOPE YOUNG,<br><br>        Plaintiff,<br>v.<br><br>ALPHONSO JACKSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN,<br><br>        Defendants. | NO. C07-2413 JSW<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR OPPOSITION TO MOTION TO DISMISS** |

        Plaintiff M. HOPE YOUNG and Defendants ALPHONSO JACKSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN by and through their respective counsel, agree that time for Plaintiff's Opposition to Defendants' Motion to Dismiss may be enlarged up to and including November 16, 2007.  Good cause exists for this Stipulation and Order in that Plaintiff's counsel's is presently in trial in Solano County,

Fairfield, California, and is not available to prepare the opposition in accordance with the briefing schedule set by the Court. Enlarging the time for the opposition will allow counsel for the parties to meet and confer regarding the issues raised in the motion, and possibly obviate the need for the opposition and hearing on the motion.

DATE: October 30, 2007          U. S. DEPARTMENT OF JUSTICE

/s/
JONATHAN U. LEE, Assistant United States Attorney, Attorneys for Defendants

DATE: October 30, 2007          PRICE AND ASSOCIATES

/s/
PAMELA Y. PRICE, Attorneys for Plaintiff M. HOPE YOUNG

## ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the time for Plaintiff's Opposition to Defendants' Motion to Dismiss shall be enlarged up to and including November 16, 2007. The reply brief shall be due no later than November 26, 2007.

Dated: October 31, 2007

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE