SCOTT N. SCHOOLS (S.C.BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
   Telephone:    (415) 436-6909
   Facsimile:    (415) 436-6748
   Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. HOPE YOUNG, | No. C 07-2413 JSW |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| ALPHONSO JACKSON, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FAYE AUSTIN; MARC ROTHBERG; AND GEORGE WEIDENFELLER, | |
| Defendants. | |

**BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS FOLLOWS AND REQUEST THAT THE COURT ENTER THE ATTACHED PROPOSED ORDER:**

1. Plaintiff's counsel is lead trial counsel in a civil rights case venued in Solano Superior Court. The trial schedule in the Solano County case has unexpectedly extended into next week, November 13-16, 2007, including trial proceedings on November 16th that will conflict directly with the case management conference set in this matter.

2. As a result of this continuing trial, and the conflict between that trial and the pending case management conference in this case, and in the interest of professional courtesies and

cooperation, the parties have agreed to continue the case management conference from November 16, 2007 to November 30, 2007.

3. In addition, the parties seek an extension of the time for filing the Joint Case Management Statement until November 27, 2007, in light of the Thanksgiving Holiday.

4. Finally, in connection with this stipulation, counsel have met and conferred about the pending motion to dismiss filed by the U.S. Attorney's Office. Plaintiff's counsel has authority to dismiss the individual defendants and after the completion of the trial in Solano County, counsel will file the appropriate stipulation.

**SO STIPULATED.**

DATED: November 9, 2007			PRICE AND ASSOCIATES

						/s/
						PAMELA Y. PRICE
						Attorneys for Plaintiff M. HOPE YOUNG

DATED: November 9, 2007			SCOTT N. SCHOOLS
						United States Attorney

						/s/
						JONATHAN U. LEE
						Assistant United States Attorney
						Attorneys for Defendants JACKSON, ROTHBERG, WEIDENFELLER, and AUSTIN

**PROPOSED ORDER**

**SO ORDERED.** Plaintiff shall file an amended complaint consistent with this order within ten court days of this Order.

DATED: November __, 2007

						HON. JEFFREY S. WHITE
						United States District Judge