1  SCOTT N. SCHOOLS (S.C.BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Ninth Floor
      San Francisco, California 94102
      Telephone:    (415) 436-6909
6     Facsimile:    (415) 436-6748
      Email: jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendants
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | M. HOPE YOUNG,                    )    No. C 07-2413 JSW
                                       )
13 |        Plaintiff,                 )    **STIPULATION AND** ~~**PROPOSED**~~
                                       )    **ORDER**
14 | v.                                )
                                       )
15 | ALPHONSO JACKSON, SECRETARY OF    )
   | THE DEPARTMENT OF HOUSING AND     )
16 | URBAN DEVELOPMENT; FAYE           )
   | AUSTIN; MARC ROTHBERG; AND        )
17 | GEORGE WEIDENFELLER,              )
                                       )
18 |        Defendants.                )
                                       )
19 |_____    )

20     **BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE**

21 **AS FOLLOWS AND REQUEST THAT THE COURT ENTER THE ATTACHED**

22 **PROPOSED ORDER:**

23     1.  Plaintiff's counsel is lead trial counsel in a civil rights case venued in Solano Superior

24         Court.  The trial schedule in the Solano County case has unexpectedly extended into next

25         week, November 13-16, 2007, including trial proceedings on November 16th that will

26         conflict directly with the case management conference set in this matter.

27     2.  As a result of this continuing trial, and the conflict between that trial and the pending case

28         management conference in this case, and in the interest of professional courtesies and

Stipulation and Proposed Order
C 07-2413 JSW                          -1-

cooperation, the parties have agreed to continue the case management conference from November 16, 2007 to November 30, 2007.

3.   In addition, the parties seek an extension of the time for filing the Joint Case Management Statement until November 27, 2007, in light of the Thanksgiving Holiday.

4.   Finally, in connection with this stipulation, counsel have met and conferred about the pending motion to dismiss filed by the U.S. Attorney's Office.  Plaintiff's counsel has authority to dismiss the individual defendants and after the completion of the trial in Solano County, counsel will file the appropriate stipulation.

**SO STIPULATED.**

DATED: November 9, 2007                    PRICE AND ASSOCIATES


                                           /s/
                                           _____
                                           PAMELA Y. PRICE
                                           Attorneys for Plaintiff M. HOPE YOUNG

DATED: November 9, 2007                    SCOTT N. SCHOOLS
                                           United States Attorney


                                           /s/
                                           _____
                                           JONATHAN U. LEE
                                           Assistant United States Attorney
                                           Attorneys for Defendants JACKSON, ROTHBERG,
                                           WEIDENFELLER, and AUSTIN


**PROPOSED ORDER**

**SO ORDERED**.  ~~Plaintiff shall file an amended complaint consistent with this order within ten court days of this Order~~. The case management conference is CONTINUED to December 21, 2007 at 9:00 a.m.  A joint statement is due December 14, 2007.

DATED: November 13, 2007

_____
HON. JEFFREY S. WHITE

United States District Judge