| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
| | PRICE AND ASSOCIATES |
| 2 | A Professional Law Corporation |
| | The Latham Square Building |
| 3 | 1611 Telegraph Avenue, Suite 1450 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 452-0292 |
| | Facsimile:  (510) 452-5625 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | M. HOPE YOUNG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M. HOPE YOUNG, | ) | NO. C07-2413 JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **DISMISS SECOND AND FOURTH** |
| | ) | **CAUSES OF ACTION AND** |
| ALPHONSO JACKSON, IN HIS OFFICIAL | ) | **INDIVIDUAL DEFENDANTS** |
| CAPACITY AS SECRETARY OF THE U.S. | ) | |
| DEPT. OF HOUSING AND URBAN | ) | |
| DEVELOPMENT, MARC ROTHBERG, | ) | |
| GEORGE WEIDENFELLER, and FAYE | ) | |
| AUSTIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff M. HOPE YOUNG and Defendants ALPHONSO JACKSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN, by and through their respective counsel, hereby stipulate and agree that the individual Defendants MARC ROTHBERG, GEORGE WEIDENFELLER and FAYE AUSTIN, and the Second and Fourth Causes of Action may be dismissed from this action with prejudice, and the prayer for

punitive damages may be stricken from the First Amended Complaint.  Each party will bear his or her own costs.

DATE: November 19, 2007    U. S. DEPARTMENT OF JUSTICE

_/s/_____
JONATHAN U. LEE, Assistant United States Attorney, Attorneys for Defendants

DATE:  November 21, 2007    PRICE AND ASSOCIATES

_/s/ Pamela Y. Price_____
PAMELA Y. PRICE, Attorneys for Plaintiff M. HOPE YOUNG

## **ORDER**

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants MARC ROTHBERG, GEORGE WEIDENFELLER and FAYE AUSTIN only, and the Second and Fourth Causes of Action shall be and hereby are dismissed from this action with prejudice, and the prayer for punitive damages may be stricken from the First Amended Complaint.  Each party will bear his or her own costs.

Dated: _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE