1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
5
   Attorneys for Plaintiff
6  M. HOPE YOUNG

7

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13

14

15  M. HOPE YOUNG,                          )   NO. C07-2413 JSW
                                            )
16              Plaintiff,                  )   **STIPULATION AND ORDER TO**
    v.                                      )   **DISMISS SECOND AND FOURTH**
17                                          )   **CAUSES OF ACTION AND**
    ALPHONSO JACKSON, IN HIS OFFICIAL       )   **INDIVIDUAL DEFENDANTS**
18  CAPACITY AS SECRETARY OF THE U.S.       )
    DEPT. OF HOUSING AND URBAN              )
19  DEVELOPMENT, MARC ROTHBERG,             )
    GEORGE WEIDENFELLER, and FAYE           )
20  AUSTIN,                                 )
                                            )
21              Defendants.                 )
                                            )
22

23       Plaintiff M. HOPE YOUNG and Defendants ALPHONSO JACKSON, IN HIS

24  OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN

25  DEVELOPMENT, MARC ROTHBERG, GEORGE WEIDENFELLER, and FAYE AUSTIN, by

26  and through their respective counsel, hereby stipulate and agree that the individual Defendants

27  MARC ROTHBERG, GEORGE WEIDENFELLER and FAYE AUSTIN, and the Second and

28  Fourth Causes of Action may be dismissed from this action with prejudice, and the prayer for

punitive damages may be stricken from the First Amended Complaint. Each party will bear his or her own costs.

DATE: November 19, 2007          U. S. DEPARTMENT OF JUSTICE

                                 /s/
                                 JONATHAN U. LEE, Assistant United States
                                 Attorney, Attorneys for Defendants

DATE:  November 21, 2007          PRICE AND ASSOCIATES

                                 /s/ *Pamela Y. Price*
                                 PAMELA Y. PRICE, Attorneys for Plaintiff
                                 M. HOPE YOUNG

## ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants MARC ROTHBERG, GEORGE WEIDENFELLER and FAYE AUSTIN only, and the Second and Fourth Causes of Action shall be and hereby are dismissed from this action with prejudice, and the prayer for punitive damages may be stricken from the First Amended Complaint. Each party will bear his or her own costs.

Dated: November 21, 2007

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE