1

2

3

4

5

6

7

8    # UNITED STATES DISTRICT COURT

9    ## Northern District of California

10   United States of America,                    06-02413 PJH

11                    Plaintiff(s),               **NOTICE RE: NONCOMPLIANCE
                                                  WITH COURT ORDER**

12       v.

13   Cintas Corporation,

14                    Defendant(s).

15

16       The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26       Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: December 3, 2007

9                                                   RICHARD W. WIEKING
                                                    Clerk
10                                                  by:    Timothy J. Smagacz

11

12                                                  _____
                                                    ADR Administrative Assistant
13                                                  415-522-4205
                                                    Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

Case Name:          United States of America v. Cintas Corporation

Case Number:      06-02413 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On December 3, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Laura P. Juran
> Altshuler Berzon LLP
> 177 Post Street
> Suite 300
> San Francisco, CA 94108
> ljuran@altshulerberzon.com
>
> Michael Rubin
> Altshuler Berzon LLP
> 177 Post Street
> Suite 300
> San Francisco, CA 94108
> mrubin@altshulerberzon.com
>
> Peter D. Nussbaum
> Altshuler Berzon LLP
> 177 Post Street
> Suite 300
> San Francisco, CA 94108
> pnussbaum@altshulerberzon.com

Jonathan David Weissglass
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
jweissglass@altshulerberzon.com

Peder J. Thoreen
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
pthoreen@altshulerberzon.com

Owen Peter Martikan
United States Attorney
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102-3495
owen.martikan@usdoj.gov

Michael Justin Friedman
601 D Street, NW
PHB - 9543
Washington, DC 20004
michael.friedman@usdoj.gov

Mark C. Dosker
Squire Sanders & Dempsey LLP
One Maritime Plaza
Third Floor
San Francisco, CA 94111-3492
mdosker@ssd.com

Gregory Michael Utter
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
gmutter@kmklaw.com

Patrice Nicole Harper
Squire Sanders & Dempsey LLP
One Maritime Plaza

Third Floor
San Francisco, CA 94111-3492
pharper@ssd.com

Joseph M. Callow Jr.
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
jcallow@kmklaw.com

Benjamin G. Stewart
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
bgstewart@kmklaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_Timothy Smagacz_
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov