1  SCOTT N. SCHOOLS (S.C.BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendants
8
   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
9  PRICE AND ASSOCIATES
   A Professional Law Corporation
10 The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
11 Oakland, CA 94612
   Telephone: (510) 452-0292
12 Facsimile:  (510) 452-5625

13 Attorneys for Plaintiff
   M. HOPE YOUNG
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18 M. HOPE YOUNG,                  )   No. C 07-2413 JSW
                                   )
19     Plaintiff,                  )   **ADR STIPULATION**
                                   )
20   v.                            )
                                   )
21 ALPHONSO JACKSON, SECRETARY OF  )
   THE DEPARTMENT OF HOUSING AND   )
22 URBAN DEVELOPMENT,              )
                                   )
23     Defendant.                  )
                                   )
24                                 )
                                   )
25

26

27

28

ADR STIPULATION AND PROPOSED ORDER
C 07-2413 JSW                          -1-

1  The parties stipulate to participate in the following ADR process:  Mediation

3  DATED: December 14, 2007			LAW OFFICES OF PAMELA Y. PRICE

				/s/
				PAMELA Y. PRICE
				Attorneys for M. Hope Young

DATED: December 14, 2007			SCOTT N. SCHOOLS
					United States Attorney

				/s/
				JONATHAN U. LEE
				Assistant United States Attorney
				Attorneys for the United States of America

ADR STIPULATION AND PROPOSED ORDER
C 07-2413 JSW			-2-