# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  December 21, 2007             **Court Reporter**: Belle Ball


**CASE NO. C-07-2413  JSW**

**TITLE:**  M. Hope Young v. Alphonso Jackson, et al.,


**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Pamela Price                          Jonathan Lee


**PROCEEDINGS:**  Initial Case Management Conference


**RESULTS:**   1 deposition and 1 round of document requests per side prior to mediation.

   ADR:  court-connected mediation to be completed by 3-21-08

   Close of fact discovery: 4-21-08

   Expert Disclosure and Rule 26 Reports due: 8-8-08

   Further CMC:  5-9-08 at 2:30 p.m.

   Hearing on dispositive motions (if any): 8-8-08 at 9:00 a.m.

   Pretrial Conference: 10-27-08 at 2:00 p.m.

   Trial:  11-17-08 at 8:30 a.m.


**REFERRALS:**

[X] Case referred to ADR for court-connected mediation to be completed by: 3-21-08


**cc:**  ADR