United States District Court<br/>Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Young,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Jackson,<br><br>               Defendant(s). | 07-02413 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Greta W. Schnetzler**
> UCSF, Office of Legal Affairs
> Faculty Alumni House, 2nd FL.
> 745 Parnassus Ave.
> San Francisco, CA 94143-0986
> 415-476-8005

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02413 JSW MED                                  - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 7, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02413 JSW MED                  - 2 -