<div style="writing-mode: vertical-rl">**United States District Court** / Northern District of California</div>

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Young,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Jackson,<br><br>        Defendant(s). | 07-02413 JSW MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Greta W. Schnetzler to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: February 11, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov