# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Young,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Jackson,<br><br>            Defendant(s). | 07-02413 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Luella E. Nelson**
> 4096 Piedmont Avenue, PMB 159
> Oakland, CA 94611-5221
> 510-658-4959

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02413 JSW MED        - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: February 11, 2008

        RICHARD W. WIEKING
        Clerk
        by:   Alice M. Fiel

---

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02413 JSW MED                    - 2 -