JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. HOPE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ALPHONSO JACKSON, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FAYE AUSTIN; MARC ROTHBERG; AND GEORGE WEIDENFELLER, <br><br> Defendants. | No. C 07-2413 JSW <br><br> **NOTICE OF UNAVAILABILITY** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Defendant's counsel will be unavailable for the period beginning March 21, 2008 and continuing until March 31, 2008, when counsel will return to the office. Please be advised that scheduling hearings during these dates of unavailability could subject you to sanctions. *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305 (1992).

|     |                          |                                              |
| --- | ------------------------ | -------------------------------------------- |
| 1   |                          | Respectfully submitted,                      |
| 2   |                          |                                              |
| 3   |                          | JOSEPH P. RUSSONIELLO                        |
| 4   |                          | United States Attorney                       |
| 5   |                          |                                              |
| 6   | Dated: March 18, 2008    | ___/s/_____                 |
| 7   |                          | JONATHAN U. LEE                              |
|     |                          | Assistant United States Attorney             |

NOTICE OF UNAVAILABILITY
C 07-2413 JSW                    -2-

NOTICE OF UNAVAILABILITY
C 07-2413 JSW                             -3-