# UNITED STATES DISTRICT COURT

**Northern District of California**

Young,

    Plaintiff(s),

v.

Jackson,

    Defendant(s).

No. C 07-02413 JSW MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _March 18, 2008_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ _last & final offer — respond by cob 3/20/08_
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _3/19/08_

_/s/ Luella E. Nelson_
**Mediator, Luella E. Nelson**
4096 Piedmont Avenue, PMB 159
Oakland, CA 94611-5221

Certification of ADR Session
07-02413 JSW MED