PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
Attorneys for Plaintiff
M. HOPE YOUNG

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov
Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. HOPE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ALPHONSO JACKSON, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; <br><br> Defendant. | No. C 07-2413 JSW <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR FURTHER MEDIATION BY 30 DAYS AND THE DISCOVERY DEADLINE** |

    The parties attended a mediation session with Luella Nelson on March 18, 2008.  The case did not settle at the mediation.  Counsel for defendant was out of state from March 21-30, 2008.  Upon his return, discussions between counsel have resumed and both counsel of record believe that further discussions at a further session with Ms. Nelson would be worthwhile.

    The case management calendar set by the Court in December 2007 calls for completion of fact discovery by April 21, 2008.  The case management order also limited both sides to 2

depositions and a single set of document requests before mediation. If this matter does not settle, a significant amount of discovery remains to be completed. Under these circumstances, the parties make this request so that their resources may be directed at exploring informal resolution of the litigation rather than discovery.

The first available date on Ms. Nelson's calendar, that the parties and counsel can also make, is April 28, 2008, and discussions are ongoing with the parties' principals to achieve that date.

Therefore, the parties through their counsel of record stipulate to the following and request that the Court sign the attached proposed order:

1. The parties may attend additional mediation sessions with Ms. Nelson, as warranted, through May 14, 2008.
2. The close of non-expert discovery is extended from April 21, 2008 to June 15, 2008.
3. The other case management dates remain unchanged. The parties will attend a further case management conference on May 9, 2008 as specified in the case management order.

**SO STIPULATED.**

DATED: April 7, 2008          PRICE AND ASSOCIATES
                              /s/
                              PAMELA Y. PRICE
                              Attorneys for Plaintiff M. HOPE YOUNG

DATED: April 7, 2008          JOSEPH P. RUSSONIELLO
                              United States Attorney
                              /s/
                              JONATHAN U. LEE
                              Assistant United States Attorney
                              Attorneys for Defendant JACKSON

**PROPOSED ORDER**

**IT IS SO ORDERED**.

DATED: April __, 2008

                              HON. JEFFREY S. WHITE
                              United States District Judge