| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
| | PRICE AND ASSOCIATES |
| 2 | A Professional Law Corporation |
| | The Latham Square Building |
| 3 | 1611 Telegraph Avenue, Suite 1450 |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 452-0292 |
| | Facsimile:  (510) 452-5625 |
| 5 | Attorneys for Plaintiff |
| | M. HOPE YOUNG |
| 6 | |
| 7 | JOSEPH P. RUSSONIELLO (SBN 44332) |
| | United States Attorney |
| | JOANN M. SWANSON (SBN 88143) |
| 8 | Chief, Civil Division |
| | JONATHAN U. LEE (SBN 148792) |
| 9 | Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue, Ninth Floor |
| | San Francisco, California 94102 |
| | Telephone:    (415) 436-6909 |
| 11 | Facsimile:    (415) 436-6748 |
| | Email: jonathan.lee@usdoj.gov |
| 12 | Attorneys for Federal Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| M. HOPE YOUNG, | ) | No. C 07-2413 JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER TO EXTEND THE TIME FOR** |
| v. | ) | **FURTHER MEDIATION BY 30 DAYS** |
| | ) | **AND THE DISCOVERY DEADLINE** |
| ALPHONSO JACKSON, SECRETARY OF | ) | |
| THE DEPARTMENT OF HOUSING AND | ) | |
| URBAN DEVELOPMENT; | ) | |
| | ) | |
| Defendant. | ) | |

The parties attended a mediation session with Luella Nelson on March 18, 2008. The case did not settle at the mediation. Counsel for defendant was out of state from March 21-30, 2008. Upon his return, discussions between counsel have resumed and both counsel of record believe that further discussions at a further session with Ms. Nelson would be worthwhile.

The case management calendar set by the Court in December 2007 calls for completion of fact discovery by April 21, 2008. The case management order also limited both sides to 2

Stipulation
C 07-2413 JSW                                     -1-

1  depositions and a single set of document requests before mediation.  If this matter does not settle,
2  a significant amount of discovery remains to be completed.  Under these circumstances, the
3  parties make this request so that their resources may be directed at exploring informal resolution
4  of the litigation rather than discovery.

5  The first available date on Ms. Nelson's calendar, that the parties and counsel can also make,
6  is April 28, 2008, and discussions are ongoing with the parties' principals to achieve that date.

7  Therefore, the parties through their counsel of record stipulate to the following and request
8  that the Court sign the attached proposed order:

9     1.   The parties may attend additional mediation sessions with Ms. Nelson, as
10        warranted, through May 14, 2008.
11    2.   The close of non-expert discovery is extended from April 21, 2008 to June 15,
12        2008.
13    3.   The other case management dates remain unchanged.  The parties will attend a
14        further case management conference on May 9, 2008 as specified in the case
15        management order.

16 **SO STIPULATED.**

17 DATED: April 7, 2008                         PRICE AND ASSOCIATES
18                                              /s/
                                   PAMELA Y. PRICE
19                                    Attorneys for Plaintiff M. HOPE YOUNG

20 DATED: April 7, 2008                         JOSEPH P. RUSSONIELLO
                                   United States Attorney
21                                            /s/
22                                    JONATHAN U. LEE
                                   Assistant United States Attorney
23                                    Attorneys for Defendant JACKSON

24 **PROPOSED ORDER**

25 **IT IS SO ORDERED**.

26 DATED: April 8 , 2008

27 HON. JEFFREY S. WHITE
   United States District Judge
28

Stipulation
C 07-2413 JSW                                   -2-