1  PAMELA Y. PRICE, ESQ. (STATE BAR NO.107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Ave., Suite 1450
   Oakland, CA 94612
4  Telephone:(510)452-0292
   Facsimile:  (510)452-5625
5
   Attorneys for Plaintiff
6  M. HOPE YOUNG

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 M. HOPE YOUNG,                         NO. C07-2413 JSW

12       Plaintiff,                       **NOTICE OF UNAVAILABILITY**

13 v.

14 ALPHONSO JACKSON, SECRETARY OF
   THE DEPARTMENT OF HOUSING AND
15 URBAN DEVELOPMENT; FAYE
   AUSTIN; MARC ROTHERBERG; AND
16 GEORGE WEIDENFELLER,

17       Defendants.
                                      /
18

19 **TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

20   PLEASE TAKE NOTICE that Attorney Pamela Y. Price of Price And Associates will be

21 unavailable from April 16, 2008 through May 16, 2008.

22

23 Dated: April 8, 2008                   PRICE AND ASSOCIATES

24

25                                        /s/ Pamela Y. Price

26                                        PAMELA Y. PRICE, Attorneys for Plaintiff
                                          M. HOPE YOUNG
27

28