# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 9, 2008                **Court Reporter**: Debbie Pas

**CASE NO. C-07-2413 JSW**

**TITLE:** M. Hope Young v. Alphonso Jackson, et al.,

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

Pamela Price                          Jonathan Lee

**PROCEEDINGS:** Further Case Management Conference

**RESULTS:**   Discovery is stayed.
All previously scheduled date / deadlines are ordered vacated.

Further CMC: 6-6-08 at 1:30 p.m.
Joint Supplemental Statement due: 5-30-08

**cc:**