```
 1  PAMELA Y. PRICE, ESQ. (STATE BAR NO.107713)
    PRICE AND ASSOCIATES
 2  A Professional Law Corporation
    The Latham Square Building
 3  1611 Telegraph Ave., Suite 1450
    Oakland, CA 94612
 4  Telephone:(510)452-0292
    Facsimile:  (510)452-5625
 5  E-mail:  pypesq@aol.com

 6  Attorneys for Plaintiff
    M. HOPE YOUNG
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. HOPE YOUNG, | NO. C07-2413 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE CASE** |
| | **MANAGEMENT CONFERENCE** |
| ALPHONSO JACKSON, SECRETARY OF THE U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, | |
| Defendant. | |

Pursuant to this Court's Civil Local Rules 6-2 and 7-12, the parties jointly submit this Stipulation for an Order Continuing the Case Management Conference for a period of no less than thirty days to allow the parties time to consummate the settlement and dismiss the case.

Dated: May 29, 2008            PRICE AND ASSOCIATES

                               _/s/ Pamela Y. Price_____
                               PAMELA Y. PRICE, Attorneys for Plaintiff
                               M. HOPE YOUNG

Dated: May 30, 2007            U. S. DEPARTMENT OF JUSTICE

                               ____/s/_____
                               JONATHAN U. LEE, Assistant United States
                               Attorney, Attorneys for Defendants

### DECLARATION OF PAMELA Y. PRICE

I, PAMELA Y. PRICE, declare:

1. I am an attorney duly licensed to practice law in the United States District Court for the Northern District, and one of the attorneys of record for Plaintiff M. HOPE YOUNG. I make this Declaration on personal knowledge in support of the parties joint stipulated request for an Order Continuing the Case Management Conference.

2. The Case Management Conference is presently scheduled for **June 6, 2008.** The parties' joint Case Management Statement is due on **May 30, 2008**.

3. On May 16, 2008, following two full days of mediation, the parties filed a Stipulation of Settlement and Proposed Order which the Court approved on that same date. The Stipulation of Settlement includes a joint request by the parties to vacate the pending Case Management Conference date (*see* page 4:21-23). The Stipulation of Settlement further provides that a fully executed Stipulation of Dismissal will be filed with the Court upon receipt by plaintiff's counsel of the settlement amount (*see* page 4:3-5). The settlement amount is scheduled to be paid no later than June 13, 2008.

4. To allow the parties the opportunity to consummate the settlement and dismiss the case, the parties respectfully request the Court continue the Case Management Conference for a period of no less than thirty (30) days.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. If called as a witness in this matter, I could and would testify competently to the facts stated herein.

Executed in Oakland, California, on May 29, 2008.

/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Declarant

### ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Case Management Conference is continued to

1  July 18, 2008
_____.  Upon the filing of the parties' Stipulation for Dismissal, all dates shall be
2  vacated and the matter dismissed.

3  Dated: May 30, 2008

4  _____
   HON. JEFFREY S. WHITE
5  UNITED STATES DISTRICT JUDGE