JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
Attorneys for Plaintiff
M. HOPE YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M. HOPE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ALPHONSO JACKSON, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendant. | No. C 07-2413 JSW <br><br> **STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff M. Hope Young and Defendant Alphonso Jackson, Secretary of the Department of Housing and Urban Development stipulate to the dismissal with prejudice of <u>Young v. Jackson</u>, Northern District of California case number C 07-2413 JSW. Each party will bear its own costs.

SO STIPULATED.

Dated: May 30, 2008          /s/
                             M. HOPE YOUNG, Plaintiff

Dated: May 28, 2008          By: /s/
                             PAMELA Y. PRICE
                             PRICE AND ASSOCIATES
                             Attorneys for Plaintiff M. HOPE YOUNG


                             JOSEPH P. RUSSONIELLO
                             United States Attorney

Dated: June 19, 2008         By: /s/
                             JONATHAN U. LEE
                             Assistant United States Attorney
                             Attorneys for the Federal Defendant


**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

Dated: _____
                             The Honorable JEFFREY S. WHITE
                             United States District Judge