1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Ninth Floor
       San Francisco, California 94102
5      Telephone:     (415) 436-6909
       Facsimile:     (415) 436-6748
6      Email: jonathan.lee@usdoj.gov

7  Attorneys for Federal Defendant

8  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
9  A Professional Law Corporation
   The Latham Square Building
10 1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
11 Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
12 Attorneys for Plaintiff
   M. HOPE YOUNG

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

M. HOPE YOUNG,                          )     No. C 07-2413 JSW
                                        )
         Plaintiff,                     )
                                        )     **STIPULATION OF DISMISSAL AND**
    v.                                  )     ~~PROPOSED~~ **ORDER**
                                        )
ALPHONSO JACKSON, SECRETARY OF          )
THE DEPARTMENT OF HOUSING AND           )
URBAN DEVELOPMENT,                      )
                                        )
         Defendant.                     )
                                        )
_____ )

STIPULATION FOR DISMISSAL
C 07-2413 JSW                    -1-

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff M. Hope Young and Defendant Alphonso Jackson, Secretary of the Department of Housing and Urban Development stipulate to the dismissal with prejudice of <u>Young v. Jackson</u>, Northern District of California case number C 07-2413 JSW. Each party will bear its own costs.

SO STIPULATED.

Dated: May 30, 2008         /s/
                            M. HOPE YOUNG, Plaintiff

Dated: May 28, 2008     By: /s/
                            PAMELA Y. PRICE
                            PRICE AND ASSOCIATES
                            Attorneys for Plaintiff M. HOPE YOUNG


                            JOSEPH P. RUSSONIELLO
                            United States Attorney

Dated: June 19, 2008    By: /s/
                            JONATHAN U. LEE
                            Assistant United States Attorney
                            Attorneys for the Federal Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

Dated: June 19, 2008        *Jeffrey S. White*
                            The Honorable JEFFREY S. WHITE
                            United States District Judge

STIPULATION FOR DISMISSAL
C 07-2413 JSW                          -2-